WILLIAM H. T. HUGHES, Appellant, *v.* JOHN T. SMITHER, Respondent.

*Hughes* v. *Smither,* 23 App. Div. 590, affirmed.
(Argued April 18, 1900; decided May 8, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department,

70

entered January 19, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint upon the report of a referee.

*George C. Lay* for appellant.

*Fisher A. Baker* for respondent.

Judgment and order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.